USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ and SHAHAR
KEENAN,

                              Plaintiffs,

              -against-

PAYPAL, INC.,

                              Defendant.

25 Civ. 10846 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, United States District Judge:

Plaintiffs, who are appearing *pro se*, bring this action under the Court's diversity jurisdiction, 28 U.S.C. § 1332(a), alleging that Defendant PayPal, Inc. violated certain New York state laws when handling Plaintiffs' PayPal account in April 2018. *See generally* Compl. By order dated March 20, 2026, the Court granted Plaintiffs' requests to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. *See* ECF No. 8. As explained below, the Court directs service on Defendant.

## DISCUSSION

Because Plaintiffs have been granted permission to proceed IFP, they are entitled to the assistance of the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) ("The Court must" order the U.S. Marshals Service to serve defendants "if the plaintiff is authorized to proceed in forma pauperis").

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiffs are proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court, therefore, extends the time to serve until 90 days after the date the summons is issued.

To allow Plaintiffs to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiffs should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiffs must notify the Court in writing if their address changes, and the Court may dismiss the action if Plaintiffs fail to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail information packages to Plaintiffs.

SO ORDERED.

Dated:  March, 23, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

2

**SERVICE ADDRESS FOR DEFENDANT**

PayPal, Inc.
2211 North First Street
c/o Corporate Legal Department
San Jose, CA 95131