UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ, et al.,

Plaintiffs,

-v-

PAYPAL, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 10846 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 15, 2026, Defendant PayPal, Inc. ("Defendant") filed a motion to dismiss, (Dkt. Nos. 20–25 (the "MTD")). Pursuant to Local Civil Rule 6.1(a), the deadline for Plaintiffs Magdalena Kulisz and Shahar Kenan (together, "Plaintiffs") to respond to the MTD was June 29, 2026. See Loc. Civ. R. 6.1(a). As a courtesy, given Plaintiffs' pro se status and their previous issues accessing PACER,[1] the Court sua sponte **EXTENDS** the deadline for Plaintiffs to respond to the MTD to **August 3, 2026**.

Given Plaintiffs' previous issues accessing PACER, (see n.1, supra), the Clerk of Court is respectfully directed to mail a copy of the MTD, (Dkt. Nos. 20–25), and this Order, to:

1. Plaintiff Magdalena Kulisz at 209 East 83rd Street, #1, New York, NY 10028; and

[1] The Court granted Plaintiffs' request for a PACER fee exemption, which will restore Plaintiffs' access to PACER. (Dkt. Nos. 27; 29–30).

2. Plaintiff Shahar Kenan at 209 East 83rd Street, #1, New York, NY 10028.

Dated: New York, New York
July 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**