UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ, et al.,

Plaintiffs,

-v-

PAYPAL, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 10846 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 15, 2026, Defendant PayPal, Inc. ("Defendant") filed a motion to dismiss the complaint (Dkt. No. 1 (the "Complaint")). (Dkt. Nos. 20–25 (the "MTD")). On July 3, 2026, Plaintiffs Magdalena Kulisz and Shahar Kenan (together, "Plaintiffs") filed an amended complaint. (Dkt. No. 32 (the "AC")). Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), given that Plaintiffs filed the AC within 21 days of Defendant filing the MTD, the Court deems the AC the operative complaint in this action and finds that the MTD, which seeks to dismiss the Complaint, is now moot. See Fed. R. Civ. P. 15(a)(1)(B). Accordingly, the MTD is **DENIED** as moot. By **July 29, 2026**, Defendant shall answer, move, or otherwise response to the AC.

The Clerk of Court is respectfully directed to:

1. Close Dkt. No. 20;
2. Mail a copy of this Order to Plaintiff Magdalena Kulisz at 209 East 83rd Street, #1, New York, NY 10028; and

3. Mail a copy of this Order Plaintiff Shahar Kenan at 209 East 83rd Street, #1, New York, NY 10028.

Dated: New York, New York
July 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**