UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ, et al.,

Plaintiffs,

-v-

PAYPAL, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 10846 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 47, the deadline for Plaintiffs Magdalena Kulisz and Shahar Kenan (together, "Plaintiffs") to respond to the motion to dismiss (Dkt. Nos. 20–25 (the "MTD")) filed by Defendant PayPal, Inc. ("Defendant") was September 14, 2026. (Dkt. No. 47). To date, Plaintiffs have not responded to the MTD.

As a courtesy, given Plaintiffs' pro se status, their previous issues accessing PACER,[1] their recent "loss of [their] principal litigation-access infrastructure" including the loss of their Gmail account, (see Dkt. No. 47), and the fact that Plaintiffs are "presently displaced [] and do not currently have a stable mailing address," (Dkt. No. 37), the Court sua sponte **EXTENDS** the deadline for Plaintiffs to respond to the MTD to **October 13, 2026**. The Court also **EXTENDS** the deadline for Defendant to file its reply to **October 27, 2026**.

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] The Court previously granted Plaintiffs' request for a PACER fee exemption, which restored Plaintiffs' access to PACER. (Dkt. Nos. 27; 29–30).