UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ, et al.,

Plaintiffs,

-v-

PAYPAL, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 10846 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 4, 2026, Defendant PayPal, Inc. ("Defendant") filed a motion to dismiss. (Dkt. No. 39 (the "Motion")). On October 13, 2026, Plaintiffs Magdalena Kulisz ("Ms. Kulisz") and Shahar Kenan ("Mr. Kenan," with Ms. Kulisz, "Plaintiffs") filed their response to the Motion including declarations from Ms. Kulisz (Dkt. No. 49) and Mr. Kenan (Dkt. No. 50), and a memorandum of law in opposition (Dkt. No. 52 (the "Opposition")). When Plaintiffs emailed the Opposition to the Court's Pro Se office, however, the pdf was malformed. Accordingly, the Opposition did not appear on the docket until today, October 22, 2026. (Dkt. No. 52). Given that Plaintiffs attempted to submit the Opposition on October 13, 2026, (see Dkt. Nos. 51; 51-1), the Court deems the Opposition as timely. (See Dkt. No. 48; 51). In the interest of fairness, given the delay in docketing the Opposition, the Court sua sponte **EXTENDS** Defendant's deadline to file its reply in further support of the Motion to **November 5, 2026**.

Dated: New York, New York
October 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**